# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:18-mj-189-GWF |
| | ) | |
| CHRISTOPHER MICHAEL ROBINSON | ) | |
| *Defendant* | ) | |

*FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD*
*FEB - 9 2018*
*CLERK US DISTRICT COURT*
*DISTRICT OF NEVADA*
*BY: ____ DEPUTY*

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Courtroom No.: | TBD |
|---|---|---|---|
| | | Date and Time: | Feb. 14, 2018 at 2:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Feb. 9, 2018

*Judge's signature*

GEORGE FOLEY, JR., U.S. Magistrate Judge
*Printed name and title*